NO. 07-11-00130-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
--------------------------------------------------------------------------------
SEPTEMBER 9, 2011
--------------------------------------------------------------------------------

 
 FLAVIO CHARLES PATINO, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 110TH DISTRICT COURT OF BRISCOE COUNTY;
 
 NO. 1135; HONORABLE WILLIAM P. SMITH, JUDGE
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK and PIRTLE, JJ.
 
 MEMORANDUM OPINION
 Appellant, Flavio Charles Patino, was convicted of unlawful possession of a firearm and sentenced to confinement in the Institutional Division of the Texas Department of Criminal Justice for 10 years. Appellant gave notice of appeal. We will modify and affirm the judgment of the trial court.
 Appellants attorney has filed an Anders brief and a motion to withdraw. Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed. 2d 498 (1967). In support of his motion to withdraw, counsel certifies that he has diligently reviewed the record, and in his opinion, the record reflects no reversible error upon which an appeal can be predicated. Id. at 744-45. In compliance with High v. State, 573 S.W.2d 807, 813 (Tex.Crim.App. 1978), counsel has candidly discussed why, under the controlling authorities, there is no error in the trial courts judgment. Additionally, counsel has certified that he has provided appellant a copy of the Anders brief and motion to withdraw and appropriately advised appellant of his right to file a pro se response in this matter. Stafford v. State, 813 S.W.2d 503, 510 (Tex.Crim.App. 1991). The Court has also advised appellant of his right to file a pro se response. Appellant filed a response. By his Anders brief, counsel reviewed all grounds that could possibly support an appeal, but concludes the appeal is frivolous. We have reviewed these grounds and made an independent review of the entire record to determine whether there are any arguable grounds which might support an appeal. See Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988); Bledsoe v. State, 178 S.W.3d 824 (Tex.Crim.App. 2005). Additionally, we have reviewed the grounds set forth in appellant's response. Id. We have found no such arguable grounds and agree with counsel that the appeal is frivolous.
 We note the trial court's judgment contains a special order that appellant repay attorney's fees in the amount of $1,120.00 to Briscoe County. The record contains no determination by the court of appellant's ability to pay such fees. Tex. Code Crim. Proc. Ann. art. 26.05(g) (West Supp. 2010). Accordingly, we modify the trial court's judgment by deleting the language ordering appellant to repay attorney's fees in the amount of $1,120.00. See Mayer v. State, 274 S.W.3d 898, 902 (Tex.App. - Amarillo 2008), aff'd, 309 S.W.3d 552 (Tex.Crim.App. 2010) (modified judgment to delete like order). 
 Accordingly, the motion to withdraw is granted, and the judgment is affirmed as modified. Tex. R. App. P. 43.2(b).

 Mackey K. Hancock
 Justice
Do not publish.